CA 06 553 ML

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District FIRST DISTRICT OF Rhode Island | |
|---|---|---|
| Name KEVIN J. SMITH | Prisoner No. # 109749 | Case No. |

Place of Confinement Rhode Island Dept. of Corrections DONALD PRICE FACILITY P.O. BOX 20983 A-58 CRANSTON, Rhode Island 02920

Name of Petitioner (include name under which convicted) KEVIN J. SMITH v. Name of Respondent (authorized person having custody of petitioner) Ashbel T. WALL II

The Attorney General of the State of: Rhode Island

## PETITION

1. Name and location of court which entered the judgment of conviction under attack KENT COUNTY SUPERIOR COURT 222 QUAKER LN. WARWICK, R.I. 02886

2. Date of judgment of conviction 13th JULY 1998

3. Length of 12 YRS TO SERVE, 3 YRS SUSPEND/PROB, 10 YRS PROBATION

4. Nature of offense involved (all counts) COUNT #1 DRIVING UNDER THE INFLUENCE, DEATH RESULTING
COUNT #2 DRIVING TO ENDANGER SERIOUS BODILY INJURY RESULTING

5. What was your plea? (Check one)
   (a) Not guilty G
   (b) Guilty G
   (c) Nolo contendere G ✓
   
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury G
   (b) Judge only G

7. Did you testify at the trial?
   Yes G No G ✓

8. Did you appeal from the judgment of conviction?
   Yes G No G ✓

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court ______

(b) Result ______

(c) Date of result and citation, if known ______

(d) Grounds raised ______

______

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court ______

(2) Result ______

______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

______

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court ______

(2) Result ______

______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes G (circled) No G

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court KENT COUNTY SUPERIOR COURT

(2) Nature of proceeding POST-CONVICTION Relief/MOTION TO VACATE

______

(3) Grounds raised ILLEGAL/UNAUTHORIZED SENTENCE, INEFFECTIVE ASSISTANCE, DUE PROCESS VIOLATION, CONTRACT VIOLATION

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes G (circled) No G

(5) Result Petition Denied

(6) Date of result 19th February 2004

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Name of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes G No G

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes G (circled) No G

(2) Second petition, etc. Yes G No G

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: IMPOSITION OF ILLEGAL/UNAUTHORIZED SENTENCE, DID NOT CONFORM TO STATUTORY AUTHORITY, OR JURISDICTIONAL AUTH.

Supporting FACTS (state *briefly* without citing cases or law): OUTSIDE OF STATUTORY AUTHORITY, JURISDICTIONAL AUTHORITY, STATUTE R.I.G.L. 12-19-2 DOES NOT AUTHORIZE IMPOSITION OF 1/6th, TWO (2) YEARS PRIOR TO PLACEMENT INTO WORK-RELEASE PROGRAM. POST-CONVICTION JUDGE AGREES SENTENCE IS NOT AUTHORIZED AND IS "TECHNICALLY ILLEGAL", BUT DENIES MOTION ON PREMISE THAT CONTRACT WAS FULLFILLED, LOSS OF JURISDICTION BY IMPOSING SENTENCE

B. Ground two: DUE PROCESS RIGHTS VIOLATION, 5th, 6th, 14th AMENDMENTS U.S. CONST. ART 1-2, 1-5, 1-10, 1-13, R.I. CONST.

Supporting FACTS (state *briefly* without citing cases or law): ILLEGAL/UNAUTHORIZED SENTENCE DAMAGED DUE PROCESS RIGHTS AT MOMENT OF IMPOSITION, WAIVER OF RIGHTS IMPROPER, EQUAL PROTECTION OF LAWS, DEPRAVATION OF LIBERTY WITHOUT DUE PROCESS

AO 241 (Rev. 5/85)

C. Ground three: Illegal Contract / Plea Bargaining

Supporting FACTS (state *briefly* without citing cases or law): Judge without Authority to impose sentence, Prosecutor and Defense Counsel without Authority to offer sentence, Judgment null and void by loss of jurisdiction upon sentencing, Illegal contract null and void, sentence without conformity to statutory requirement.

D. Ground four: Ineffective Assistance of Counsel
5th, 6th, 14th Amend. U.S. Const. Art 1-2, 1-5, 1-10, 1-13 R.I. Const.

Supporting FACTS (state *briefly* without citing cases or law): Improper Representation, "No research to validate plea agreement, Allowed Petitioner to "plead out" to illegal/unauthorized sentence, use of coersion, pressure and scare tactics to garner plea did not posess authority to offer terms of sentence, Representation of Petitioner not up to professional requirements

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes G No (G) [circled]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Self

(b) At arraignment and plea Robert Craven

AO 241 (Rev. 5/85)

(c) At trial NONE

(d) At sentencing PATRICK BURKE Public Defender

(e) On appeal ~~PRO-SE~~ NONE

(f) In any post-conviction proceeding PRO-SE

(g) On appeal from any adverse ruling in a post-conviction proceeding PRO-SE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (G) No G

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes G No (G)

(a) If so, give name and location of court which imposed sentence to be served in the future: ____________

(b) Give date and length of the above sentence: ____________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes G No (G)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Kevin J Smith PRO-SE
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

15th December 2006
Date

Kevin J Smith
Signature of Petitioner