# EXHIBITS IN ASSOCIATION WITH PETITION TO ACCESS FUNDS UNDER R.I.G.L. § 42-56-22(b)

Exhibit "A": ORDER FROM SUPREME COURT DENYING ACCESS TO ENCUMBERED FUNDS

Exhibit "B" ORDER DENYING LEAVE TO FILE AMICUS CURAE BY MR. STEPHEN REISE, PRO-SE

Exhibit "C" AMICUS CURIAE FILED BY MR. STEPHEN REISE, #'S 1 THROUGH #14

ExhiBIT "D" COPY OF PETITIONER'S EXPENDATURES ON LEGAL COPIES FROM 6-24-2005 UNTIL 11-3-2006, COPIES UN RE-INBURSED. TOTAL OF $146.24 FROM JUNE 2005, FOR POSTAGE & COPIES FROM PETITIONER'S ACCOUNT TO PROSECUTE SUPREME COURT CASE 04-367 C.A. AND HABEAS ACTION.

PETITIONER IS UNABLE TO SECURE NOTARIZATION OF DOCUMENTS UNLESS DOCUMENT SPECIFICALLY REQUESTS NOTARIZATION, AND IS UNABLE TO SECURE COPYING OF DOCUMENTS WITHOUT SCRUTINY BY CORRECTIONS OFFICER AND SUBSEQUENT DENIALS TO COPY DOCUMENTS.

SUBMITTED BY: [signature] J. Smith PRO-SE 12/13/06