"Exhibit "A"

[redacted]

**Supreme Court**
No. 04-367-C.A.

State of Rhode Island :

v. :

Kevin J. Smith :

**ORDER**

The defendant's motion to access encumbered funds, as prayed, is denied.

Justice Goldberg did not participate.

Entered as an Order of this Court this ***6th*** day of ***January 2006.***

By Order,

Clerk