Exhibit "B"

[redacted]

**Supreme Court**
No. 04-367-C.A.

| | |
|---|---|
| State of Rhode Island | : |
| v. | : |
| Kevin J. Smith | : |

**ORDER**

The motion of Stephen Reise for leave to file a brief as *amicus curiae* is denied.

Entered as an Order of this Court this ***8th*** day of ***February 2006.***

By Order,

Clerk