UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**KEVIN J. SMITH**

**v.** **C.A. No. 06 - 553 ML**

**ASHBEL T. WALL,** et al.

**Memorandum and Order**

Kevin J. Smith, *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is the motion of the petitioner for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of the motion and of petitioner's trust account statement, said motion is **DENIED.** Petitioner has the funds available to pay the initial filing fee of $5.00.

Petitioner is hereby ordered to pay the filing fee of $5.00 within twenty days of the date of this order. Failure to do will result in the dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 3 Jan 07