UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN J. SMITH

vs. CA 06-553ML

ASHBEL T. WALL, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **February 16, 2007.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
January 30 ,2007

Entered as an Order of this Court on January 30 , 2007.

Barbara Barletta
Deputy Clerk