**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN J. SMITH**

**v.** **C.A. No. 06- 533 ML**

**STATE OF RHODE ISLAND,**
**PATRICK LYNCH ESQ.,** Attorney General,
and **A.T. WALL**, Director of the Rhode
Island Department of Corrections, et al.

**ORDER**

The Attorney General of the State of Rhode Island is hereby directed to file a Response to petitioner Kevin J. Smith's "Motion to Access Funds" within twenty days of the date of this Order. See Dckt # 3.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 13, 2007