**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN J. SMITH** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-533ML** |
| | : | |
| **STATE OF RHODE ISLAND,** | : | |
| **PATRICK LYNCH ESQ., Attorney** | : | |
| **General, and A.T. WALL, Director of** | : | |
| **The Rhode Island Department of** | : | |
| **Corrections, et al** | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO ACCESS FUNDS**

Now comes the Rhode Island Department of Corrections, named Defendants in the above entitled matter, and hereby objects to Plaintiff, Kevin Smith's, Motion to Access Funds under RIGL § 42-56-22 (b), for the reasons argued in the accompanying memorandum of law. Defendants respectfully request Defendant's motion to access funds encumbered by the Department of Corrections be denied.

Submitted by:

s/sKathleen M. Kelly, #5501
Senior Legal Counsel
Dept. of Corrections
40 Howard Ave.
Cranston, RI 02920
(401) 462-2546/ fax (401) 462-2583

**Certification**

I hereby certify that a true copy of this Reply and Objection was sent inter-departmental mail to Kevin Smith, P.O. Box 8274, Cranston, RI, 02920 on the 23rd of Feburary, 2007.

s/s Kathleen M. Kelly