FIRST FEDERAL DISTRICT COURT OF THE DISTRICT OF RHODE ISLAND

KEVIN J. SMITH, PRO-SE

VS C.A. 2006-533ML

ASHBEL T. WALL II, ET AL.

OBJECTION TO THE STATE OF RHODE ISLAND'S MOTION TO DISMISS

**FOR THE REASONS CITED BELOW,** The Petitioner prays that this Court will, in the interest of Justice, dismiss the State's Motion, and proceed to a hearing on the merits of this case. The State, as well as the Supreme Court have overlooked, as well as mis-stated many of the true facts of this case, and the Petitioner wishes to have these facts brought to light and put upon t the record, as they have occurred and with the proper representation by the Petitioner.

In the State's Motion to Dismiss, Mr. Weisman, has mis-represented the facts, and has sought to impose a picture not so consistent with the facts of the original case. In his background section, he alludes that the accident caused the death of Mrs. Demers, when in fact the accident was the proximate cause of death. Mrs. Demers, was an elderly lady in end-stage renal dialysis, who passed on from contracting pneumonia, in a hospital known for uncleanliness. The Petitioner has been portrayed as a drunken killer, seeking out victims on the night of this horrible tragedy. I must, for the record state that this is the furthest thing from the truth. The Petitioner was a Firefighter, and

an EMT, who volunteered within his community, with all manners of social interactions from, the Boy Scouts, to Boot Days for the unfortunate. Now he comes before this court seeking to right a wrong done to him and his family by the Dept. of Corrections, and the State of Rhode Island. In his original plea agreement, he accepted the "deal" upon the suggestion of his public defender, stating that he would be able to support his family while being incarcerated, by his placement into the Work-release Program. When the D.O.C. balked, he forced the issue through the courts, and was, from that point, singled out by the administrative staff for "special attention". Mr. Weisman alludes that I was removed from the work-release program due to disciplinary infractions. I was removed and not allowed to participate in that program for a infraction that I did not commit, and was kept from participation due to my classification points rubric, which was high, not from disciplinary actions, as he would have this court believe, but because my time to serve was too high which jacked up the classification points to a number too high for participation in that program. The Associate Director of Classification had a conversation with my wife, and he told her that a reason would be found to bring me back into the system, because that DOC didn't like people doing large amounts of time in that program. As I said in my Post-Conviction Relief package, (herein PCR), my wife would testify to this in open court.

## DISCUSSION

In my Post-Conviction relief case, I raised the issue of the sentence being illegal, which Justice Vogel states that: "Accordingly, the sentence imposed by Justice Gemma is technically illegal.", (PCR, page #9, lines 17 & 18), and she admits that: "Accordingly, Justice Gemma did not have the authority to sentence the defendant to work-release after serving one-sixth of his sentence." (PCR, page #8, lines 14-16). Without citing all the major law points that were presented to the Rhode Island Courts, I will briefly point out the key exerpts.

1)" In a Due Process Rights Claim, the constitutional violation is complete at the moment the harm occurs." Adams V. Sewell, 946 F2d. 757)

2) "Punishment cannot be imposed without Due Process of Law." (Kennedy V. Mendoza-Martinez, 372 US 144, 83 S.Ct 544, 9 LEd2d. 644)

3) " A plea bargain is a contract." ( Correale V. US, 749 F2d. 944)

4) "A contract which is illegal when formed, does not become legal because of change of fact." (Corpus Juris Secundum, Contracts §189)

5) "If an agreement contained in a contract is in effect illegal, it is not rendered legal by a direct or implied provision of the contract, that it's purpose is a lawful one, or by the fact that the illegal agreement is an incident to the accomplishment of a lawful purpose." (CJS, Contracts §190)

6) " An illegal sentence is one that is not authorized by law, stated otherwise, an illegal sentence is one that exceeds statutory limits, imposes multiple terms of imprisonment for the same offense, fails to conform to the oral pronouncement of the sentence, is ambiguous, or otherwise violates the Constitution or the law, an illegal sentence is void." (American Jurisprudence 2nd. Criminal Law, Illegal Sentence, §821)

7) " A sentence must conform to statutory provisions, and a sentence that does not conform to statutory provisions, in either the character or the extent of the punishment imposed, is void." (AmJUr 2nd. Criminal Law, Unauthorized Sentence, §825)

8) " The Due Process Clause requires that the government follow appropriate procedures when it seeks to deprive any person of, life, liberty or property, and it prevents certain governmental actions, regardless of the fairness of the procedures used to implement them." (AmJur 2nd. Constitutional Law §902)

9) " As an aspect of the foregoing rules, it is generally held that habeas corpus lies where the court was without jurisdiction in rendering the judgment, or exceeded it's power in passing the sentence...... Additionally, the courts have held that habeas corpus lies where the judgment , sentence or order is fatally defective of the face of the record....where the judgment does not authorize or support the process under which the relator is imprisoned, or where the judgment of conviction and sentence is rendered under a void statute, or for **acts to which the statute does not apply."** (Corpus Juris Secundum, Habeas Corpus §83)

10) " The illegality may found in the matter of the consideration, the promise as expressed in the agreement, or it may be found to the purpose of the agreement, although legal in expression, is applied. In either case, the agreement is void."
(CJS Contracts, §190)

This "agreement" was made with the state in good faith, and throughout my incarceration, I have attempted to have the "benefit of the bargain", and have been constantly blocked at every turn. The state would have this court believe that I was the only beneficiary of the "agreement", when in fact, it was more of an advantage for the state for me to plead out in this matter. They were the ones who saved time and money in the prosecution of this case. I made a deal which I got no benefit from whatsoever.

If the sentence imposed by Justice Gemma is not illegal, it surely is unauthorized, and the law is specific when it comes to either sentence, it is void. It is "void ab initio", void from the beginning, and any occurrence after the sentence was imposed, had no power or efficacy within the illegal sentence. The court appearances, the "dirty urine" episode, none of this has any effect on this case, the matter is void, until such a time as Due Process is rendered.

Due Process was affected at the moment of sentencing, and jurisdiction was lost by the Justice presiding. The sentence and judgment became void. It matters not what may have happened after it was imposed,

that I would have received a benefit from the agreement, or for that matter, the benefit to the state in prosecution and costs of a trial, the matter was a nullity, of no legal effect.

The state wishes to have this matter dismissed, and I believe that it warrants a decision this court, because of the Due Process implications, and the matters of law. The state has already agreed that there are improprieties in the sentence, I have a Superior Court Justice on the record that the sentencing Justice did not possess the authority to sentence me in that manner, but the state, as always, would like to have it both ways, saying that the sentence is illegal, but the deal was good, when that fact of the matter is, the "deal" was bad from the start, and in this I believe that habeas corpus attaches, because of the illegal detention, in contravention of the Due Process Clause of our Constitution. The laws cited supra, are just a few, there is more than sufficient case law to strengthen my case.

WHEREFORE, the Petitioner Prays that this court, will, in the interest of Justice, dismiss the state's Motion of 13 February, 2007, and proceed with a hearing on this matter, or remand back to the State Courts for proper dispensation in the light of the facts presented. The state was given an offer of time served, (8 yrs.,7 mos.), five, (5) years unsupervised probation, for a total of 14 years 7 months for the charges brought forth by the state. The Petitioner has served almost the required time that the original sentence intended.

Submitted By:

Kevin J. Smith, Pro-se 22 Feb. 2007

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 22ND day of February 2007.

Kevin J. Smith
Defendant, Pro Se

KEVIN J. SMITH
P.O. BOX 20983 A-58
CRANSTON, R.I. 02920