1 of 1 DOCUMENT

General Laws of Rhode Island
Copyright; 1953-2006 by the State of Rhode Island and Providence Plantations and Matthew Bender & Company, Inc.

*** Current through the January 2006 Session ***
*** Annotations current through August 9, 2006 ***

TITLE 42. STATE AFFAIRS AND GOVERNMENT
CHAPTER 56. CORRECTIONS DEPARTMENT

**GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

*R.I. Gen. Laws § 42-56-22* (2006)

§ 42-56-22. Labor by persons committed on mesne process or to answer criminal charge

(a) Every person who shall be committed to the adult correctional institutions to answer for any criminal offense, whether convicted or awaiting trial, or on mesne process in any qui tam or penal action, or on mesne process or execution in any civil action, may be permitted to labor in the discretion of the director, or his or her designee, for the state, and in that case may be paid not more than three dollars ($ 3.00) a day for every day he or she shall labor with the express consent of the director, or his or her designee, of the department, to be credited to the prisoner's account by the assistant director of administration, or his or her designee, and to be disbursed to the prisoner in accordance with the rules and regulations of the institutions; provided, further, however, there shall be maintained on account at all times at least twenty-five percent (25%) of the earnings of each prisoner up to a maximum of one hundred dollars ($ 100) for those persons serving a sentence of life imprisonment without parole under § § 11-23-2, 12-19.2-1 et seq., and up to a maximum of five hundred dollars ($ 500) for all other prisoners; those funds to be turned over to the prisoner at the time of his or her release from the institution, the funds being his or her property; the moneys to be paid to the prisoner by order of the assistant director of management services upon the general treasurer.

(b) Nothing contained in this section shall prevent the use of the funds in the account for the payment of any court fees and court costs required to be paid for the filing, prosecution, and defense of any action.

**HISTORY:** P.L. 1976, ch. 290, § 1; P.L. 1979, ch. 69, § 1; P.L. 1983, ch. 56, § 1; P.L. 1987, ch. 168, § 1; P.L. 1991, ch. 183, § 2; P.L. 1992, ch. 354, § 1.

NOTES TO DECISIONS

1. ATTORNEYS' FEES.
The authorization set forth in subsection (b) does not permit the use of funds in the account towards attorneys' fees to pursue a collateral post-conviction appeal of a conviction. *Keenan v. Vose, 634 A.2d 866 (R.I. 1993).*