**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN J. SMITH**

**v.** **C.A. No. 06 - 533 ML**

**STATE OF RHODE ISLAND**, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* petitioner Kevin J. Smith to access funds in his encumbered inmate account for costs associated with the prosecution of the instant habeas corpus petition. The Rhode Island Department of Corrections has objected thereto.

Upon consideration of the motion, and of the objection, plaintiff's motion is **DENIED**. The Rhode Island Supreme Court recently denied a similar motion filed by the plaintiff. Thus, this matter is precluded on the basis of res judicata and/or collateral estoppel. Moreover, it appears that the state statute on point does not permit the petitioner to access the funds for the reasons proffered.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 7, 2007