FIRST FEDERAL DISTRICT COURT OF THE DISTRICT OF RHODE ISLAND

KEVIN J. SMITH, PRO-SE

Vs. C.A. 2006-~~533~~ 553ML

ASHBEL T. WALL II, ET AL.

REQUEST FOR LEAVE TO DISCOVER, IN ACCORDANCE WITH RULE #6,(a),(b), OF THE RULES GOVERNING SECTION 2254 CASES.

NOW COMES THE PETITIONER, KEVIN J. SMITH, PRO-SE, AND HE PRAYS FOR LEAVE TO DISCOVER IN HIS CURRENT 28 § 2254 HABEAS CORPUS ACTION.

FOR THE REASONS CITED BELOW, SAID PETITIONER, REQUESTS THIS DISCOVERY:

(1) There has come to light just recently, a fact which may have a significant impact, and repercussions in the case now before this court.

(2) The petitioner has just learned that there is, on the staff of the Attorney General, an individual named, Mr. Roger Demers. As the court can see, the name of this individual is the same name as the victim in the original case before the Superior Court of Kent County, Rhode Island.

(3) That if if said individual, Roger Demers, is related to the victim whether through blood or marriage, a serious breech of protected Rights on behalf of the Petitioner, has occurred, since the Petitioner was represented by the Office of the Public Defender,

ORDER

DENIED. No basis exists to conduct discovery in the instant petition for a writ or habeas corpus pursuant to 28 U.S.C. 2254.

Jacob Hagopian, Sr. U.S.M.J.

20 March 07

and such representation may have posed a conflict with the Petitioner's Right to Effective Assistance of Counsel.

The Petitioner requests, either testimony by Mr. Demers, and or testimony by deposition, to be answered to this court with regards to his relationship with the victim, if any, the amount of time on staff of the Attorney general's Office, Et al.

Within this Motion, the Petitioner requests Assistance of Counsel with this Discovery, in accordance with Rule #6, and Secttion 18 § 3006A.

The Petitioner Thanks this court for it's time and adjudication in this matter.

Submitted By: [signature]

Kevin J. Smith, Pro-se
P.O. Box 20983 A-58
Cranston, R.I. 02920

I hereby certify that on the 20th day of February 2007, I caused a true copy of this document to be sent/delivered to the Office of the Attorney General, C/O Mr. Aaron Weisman, Esq., 150 South Main Street, Providence, R.I. 02903

[signature]
Kevin J. Smith, Pro-se