**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN J. SMITH**

**v.** **C.A. No. 06 - 553 ML**

**ASHBEL T. WALL**

**ORDER**
**TO**
**SHOW CAUSE**

On June 12, 1998, petitioner Kevin J. Smith pled nolo contendere in the Kent County Superior Court to the charges of driving under the influence, resulting in death, and driving under the influence, resulting in serious bodily injury. He was sentenced to fifteen years at the Adult Correctional Institutions (ACI), with twelve years to serve, and a consecutive sentence of ten years suspended.

Over eight years later, on December 21, 2006, he filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Attorney General of the State of Rhode Island seemingly moved to dismiss the petition on the merits. However, it appears that the instant petition is time-barred. See 28 U.S.C. § 2244(d)(1)(A)(providing a one year limitation period from the date the judgement of conviction became final on direct review or the expiration of time for seeking such review).

Accordingly, since the Attorney General did not address this issue in his motion to dismiss:

**1**. Kevin J. Smith is hereby **ORDERED TO SHOW CAUSE**, in writing, within ten days, why this petition should not be dismissed based upon the one year time-bar set forth in 28 U.S.C. § 2244(d); and

**2**. The Attorney General shall file a Response within ten calendar days thereafter.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 25, 2007