**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN J. SMITH**

**v.** **C.A. No. 06 - 553 ML**

**ASHBEL T. WALL**

# ORDER

On June 12, 1998, petitioner Kevin J. Smith pled nolo contendere in the Kent County Superior Court to the charges of driving under the influence, resulting in death, and driving under the influence, resulting in serious bodily injury. He was sentenced to fifteen years at the Adult Correctional Institutions (ACI), with twelve years to serve, and a consecutive sentence of ten years suspended.

Over eight years later, on December 21, 2006, he filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Attorney General of the State of Rhode Island seemingly moved to dismiss the petition on the merits. Since it appeared that the instant petition is time-barred, see 28 U.S.C. § 2244(d)(1)(A)(providing a one year limitation period from the date the judgement of conviction became final on direct review or the expiration of time for seeking such review), Smith was ordered to show cause in writing why this petition should not be dismissed based upon the time-bar. Both Smith and the Attorney General filed a response.

In the Attorney General's response, the Attorney General requests that the Court order the petitioner to produce a pleading / letter Smith alluded to in his response to the show cause order. After consideration of the responses filed by both parties, **IT IS HEREBY ORDERED**:

1. Kevin J. Smith shall produce to the Attorney General and to the Court, within ten days, the April 22, 1999 pleading / letter alluded to his response to the show cause order; and

2. The Attorney General shall produce certified copies of docket sheets from the state courts which demonstrate when Smith's "properly filed application for State post-conviction or other collateral review" was filed and when it concluded. 28 U.S.C. § 2244(d)(2). Additionally, the Attorney General shall address whether the petitioner waived his appeal rights when he pled nolo contendere, and may submit any appropriate material in support of its argument (i.e. written plea agreement, transcripts, etc.).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
May 15 , 2007