**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEVIN J. SMITH** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 2006-553ML** |
| | : | |
| **ASHBEL T. WALL, ET AL** | : | |
| **Respondent** | : | |

---

**CERTIFIED COPIES OF DOCKET SHEETS FROM RHODE ISLAND SUPERIOR COURT NUMBER K2-1997-0399A AND KM-2003-0971 FILED PURSUANT TO UNITED STATES DISTRICT COURT ORDER DATED MAY 15, 2007**

---

**AARON L. WEISMAN**
**Assistant Attorney General**
**Department of Attorney General**
**150 South Main Street**
**Providence, RI 02903**
**(401) 274-4400**
**R.I. Reg. No. 4438**

**CERTIFICATION**

**I hereby certify that on the 22nd day of May, 2007, I placed a copy of the within document in the U.S. mail, postage prepaid, to Kevin J. Smith, at his last known address of 6743 Flat River Road, Greene, RI 02827.**