STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KM-2003-0971 KEVIN J SMITH VS STATE OF RI

Filing Date: 10-30-2003
Case Status: SUPREME COURT APPEAL

Case Type: POST CONVICTION RELIEF
Status Date: 12-13-2004

Plaintiff: KEVIN SMITH
ID: @10168630

Attorney: PRO SE

Defendant: STATE OF RHODEISLAND
ID: @10267056

Attorney: ATTORNEY GENERAL

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|
| 11-30-2005 | | PROVIDENCE COUNTY SUPERIOR COURT | JUDGE VOGEL |

Reason: TRANSFER PROV SUPERIOR COURT

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-30-2003 | COMPLAINT FILED | |
| 10-30-2003 | AFFIDAVIT FILED | IN SUPPORT OF POST CONVICTION RELIEF |
| 10-30-2003 | APP POST CONVICTION RELIEF | CONTINUED TO 11/13/03 FOR PCR. REMANDED TO ACI. COUNCIL FOR DEPT CORRECTIONS TO APPEAR JUSTICE: NETTI VOGEL |
| 11-13-2003 | APP POST CONVICTION RELIEF | CONT'D TO 1/8/04 FOR PCR. REMANDED TO ACI JUSTICE: NETTI VOGEL |
| 11-13-2003 | MOTION | CONVERSION -EVENT HISTORY- JUDGE VOGEL |
| 01-08-2004 | APP POST CONVICTION RELIEF | CONTINUED TO JANUARY 29, 2004 WITH NOTICE TO JAMES O'NEILL JUSTICE: NETTI VOGEL |
| 01-08-2004 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE VOGEL |
| 01-29-2004 | OTHER DOCUMENT | PCR. CONT'D TO 2/19/04 FOR PCR. REMANDED TO ACI JUSTICE: NETTI VOGEL |
| 02-19-2004 | OTH DOC FILED AT CONTROL CAL | PCR DENIED. REMANDED TO ACI JUSTICE: NETTI VOGEL |
| 02-19-2004 | DENIED | |
| 02-19-2004 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE VOGEL |
| 03-22-2004 | LETTER FILED | NOTICE OF APPEAL LETTER OF APPEAL FIRST SENT TO SUPREME COURT |
| 03-22-2004 | MOT FOR ENLARGEMENT OF TIME | TO PROCURE SUPERIOR CRT TRANSCRIPTS FOR CASE |

TRUE COPY ATTEST
DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: KM-2003-0971 KEVIN J SMITH VS STATE OF RI

| | | |
|---|---|---|
| 03-22-2004 | PETITION FILED | FOR WRIT OF HABEAS CORPUS |
| 03-29-2004 | NOTICE OF APPEAL SUPREME COURT | BY PLF FROM JUDGMENT DATE 2/19/04. NOTICES SENT. TRANSCRIPT WILL BE ORDERED. |
| 03-29-2004 | REVIEW SET | PCR.PFI. CONT'D TO 6/16/ FOR RVW B/4 J.PFEIFFER. REMANDED TO ACI JUSTICE: MARK PFEIFFER |
| 03-29-2004 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE PFEIFFER |
| 06-16-2004 | REVIEW SET | CONT'D TO 6/30 B/4 J.VOGEL FOR REVIEW. PFI. REMANDED TO ACI. JUSTICE: MARK PFEIFFER |
| 06-30-2004 | OTHER DOCUMENT | REVEIW OF PCR. CONT'D TO 7/14/04 FOR REVIEW. PFI. REMANDED TO ACI. JUSTICE: JOSEPH KEOUGH |
| 06-30-2004 | REVIEW SET | CONVERSION -EVENT HISTORY- JUDGE VOGEL |
| 07-14-2004 | REVIEW SET | CP—PASS—DEF RECEIVED TRANSCRIPTS. REMANDED TO ACI. JUSTICE: NETTI VOGEL |
| 07-14-2004 | APP POST CONVICTION RELIEF | CONVERSION -EVENT HISTORY- JUDGE VOGEL |
| 07-28-2004 | APP POST CONVICTION RELIEF | REMANDED TO ACI. JUSTICE: NETTI VOGEL |
| 07-28-2004 | PASSED | |
| 11-26-2004 | NOTICE OF APPEAL SUPREME COURT | ONE FILE |
| 12-02-2004 | CASE REC'D FROM SUPREME COURT | |
| 12-06-2004 | ORDER ENTERED | DEFS MOT FOR POST CONVICTION RELIEF JUSTICE: NETTI VOGEL |
| 12-06-2004 | DENIED | |
| 12-13-2004 | NOTICE OF APPEAL SUPREME COURT | |
| 11-04-2005 | CASE REC'D FROM SUPREME COURT | RECORD REMANDED TO SUPERIOR FOR ENTRY OF FINAL JUDGMENT ON MOTION FOR PCR. THEREAFTER, FILE TO IMMEDIATELY RETURNED TO SUPREME. ALL PARTIES DIRECTED TO APPEAR BEFORE SUPREME IN ORDER TO SHOW CAUSE WHY ISSUES RAISED BY APPEAL SHOULD NOT BE SUMMARILY DECIDED. APPELLANT MAY FILE SUPPLEMENTAL MEMO, THEREAFTER APPELLEE MAY FILE SUPPLEMENTAL MEMO. |
| 11-30-2005 | CASE TRANSFERRED PROV CTY | TO JUDGE VOGEL |
| 12-02-2005 | CASE REC'D FROM KENT CTY | |
| 06-14-2006 | JUDGMENT ENTERED | DEFT MOTION FOR POST CONVICTION RELIEF DENIEDVOGEL, J. |
| 02-23-2007 | CASE REC'D FROM SUPREME COURT | FOR THE REASONS STATED HEREIN, WE AFFIRM THE ORDER OF THE SUPERIOR CT. THE RECORD IN THIS CASE |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK

KENT COUNTY SUPERIOR COURT

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KM-2003-0971 KEVIN J SMITH VS STATE OF RI

SHALL BE REMANDED TO THE SUPERIOR CT.

TRUE COPY ATTEST

[signature]

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT