**FIRST FEDERAL DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

**KEVIN J. SMITH, PRO-SE**

**V.** **Docket #06-553ML**

**ASHBEL T. WALL II, DIRECTOR,**
**PATRICK LYNCH, ATTORNEY GENERAL,**
**ET AL.**

**LIST OF EXHIBITS**

**THE** following is a List of Exhibits requested by the court, for perusal in association to the Show Cause Hearing in the above cited case.

1) True copy of the Hearing Transcript for Rule #35 Motion, heard on 22 April 1999.

2) True copy of Criminal Docket Sheet in association with case #'s K297-0399A/03-0971.

3) True copy of Supreme Court Docket Sheet in association with Post-Conviction Appeal, Docket #04-367C.A.

Submitted By:

Kevin J,Smith, Pro-se
P.O. Box 20983 A-36
Cranston, R.I. 02920