COPY OF CRIMINAL DOCKET SHEET
FOR CASE #K297-0399A/KM03-0971

EXHIBIT # 2

Case #06-553ML

# Criminal Docket Sheet Report

K2-1997-0399A

**Case ID:** K2-1997-0399A **Description:** KEVIN J SMITH
**Filing Date:** 30-APR-1997
**Original Case ID:** 20100973735
329702050

**Defendant Name:** KEVIN J SMITH **Police Dept:** COVENTRY POLICE DEPARTMENT
**BCI#:** 08809822 **Date of Birth:** 27-OCT-1956 **Incarcerated:**

**Address:** 6743 FLAT RIVER RD

COVENTRY RI 02816

**PUBLIC DEFENDER:** PATRICK T BURKE
**PROSECUTOR:** MICHAEL FONTAINE

## Charge Information

**Count:** 1 31270022 **DUI DEATH RESULTING**

**Offense Date:** 26-APR-1997

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 15 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 12 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:**

**Sentence:** SUSPENDED
**Term:** 3 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:**

**Sentence:** PROBATION
**Term:** 3 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** TO COMENC ON RELEASE

**Sentence:** LOSS OF LICENSE
**Term:** 5 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:**

# Criminal Docket Sheet Report

K2-1997-0399A

## Charge Information

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** Amount: $300.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** Amount: $600.00

**Sentence:** FINE
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** Amount: $200.00

**Sentence:** FINE
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** HIGHWAY ASSESSMENT; Amount: $1000.00

**Sentence:** CJIS FUND
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** Amount: $346.00

**Sentence:** FINE
**Term:** 0 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** MED EMERGENCY FUND; Amount: $2.00

Count: 2 31270026 **DUI SERIOUS INJURY**

Offense Date: 26-APR-1997

Charge Text:

Disposition: PLEA OF NOLO CONTENDERE

**Sentence:** SUSPENDED
**Term:** 10 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:**

# Criminal Docket Sheet Report

K2-1997-0399A

## Charge Information

**Sentence:** PROBATION
**Term:** 10 Years
**Start:** 13-JUL-1998
**Judge:** JUDGE GEMMA
**Text:** CONSEC W/EACH COUNT

Count: 3 31270010 **DRIVING TO ENDANGER DEATH RESU**
Offense Date: 26-APR-1997
Charge Text:
**Disposition:** DISMISSED 48A

Count: 4 31270011 **DRIVING TO ENDANGER PERS INJUR**
Offense Date: 26-APR-1997
Charge Text:
**Disposition:** DISMISSED 48A

Count: 101 31270026 **DUI SERIOUS INJURY**
Offense Date: 26-APR-1997
Charge Text:
**Disposition:** INFORMATION SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

30-APR-1997 TYPE OF BAIL SET Bail Type: PRS RECOG; Judge/Bail: MOORE; Amount: $50000.00
25-JUL-1997 TYPE OF BAIL SET Bail Type: PRS RECOG; Judge/Bail: CLIFTON; Amount: $50000.00

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|

# Criminal Docket Sheet Report

K2-1997-0399A

## Events

| Date | Event | Judge |
|---|---|---|
| 30-APR-1997 | **ARRAIGNMENT** | MOORE, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| 27-MAY-1997 | **SCREENING** | |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON INFORMATION SIGNED | |
| | EVENT REASON State | |
| 25-JUL-1997 | **ARRAIGNMENT** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | DOCKET NOTE DEF DRIVING RESTRICTIONS ITIMIZED ON CLERK NOTE | |
| 28-AUG-1997 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| | DOCKET NOTE DEFN'S ORAL MOTION | |
| 28-AUG-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 04-SEP-1997 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 11-SEP-1997 | **DETERMINATION OF ATTORNEY** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 18-SEP-1997 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 18-SEP-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 25-SEP-1997 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 25-SEP-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 10-OCT-1997 | **PRE-TRIAL CONFERENCE** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |

# Criminal Docket Sheet Report

K2-1997-0399A

## Events

| Date | Event | Judge |
|---|---|---|
| 17-OCT-1997 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 17-OCT-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 31-OCT-1997 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 31-OCT-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 14-NOV-1997 | **DETERMINATION OF ATTORNEY** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| 12-DEC-1997 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 07-JAN-1998 | **PRE-TRIAL CONFERENCE** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE NOT READY | |
| 14-JAN-1998 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 27-JAN-1998 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION<br>REMANDED TO THE ACI | |
| 06-FEB-1998 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 11-MAR-1998 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 17-MAR-1998 | **MOTION TO WITHDRAW** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 17-MAR-1998 | **TRIAL** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| 24-MAR-1998 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report

K2-1997-0399A

## Events

| Date | Event | Judge |
|---|---|---|
| 27-MAR-1998 | **MOTION TO WITHDRAW** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 30-MAR-1998 | **TRIAL** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CASE NOT REACHED | |
| 02-APR-1998 | **MOTION TO RESTORE** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | DOCKET NOTE MFC-RESERVED. RECONSIDERATION OF APPT PD. | |
| 06-APR-1998 | **MOTION FOR CONTINUANCE** | ISRAEL, JUDGE |
| | EVENT ACTION GRANTED | |
| 06-APR-1998 | **TRIAL** | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 03-JUN-1998 | **MOTION TO DISMISS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 03-JUN-1998 | **PRE-TRIAL CONFERENCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 10-JUN-1998 | **DISPOSITION** | GEMMA, JUDGE |
| | EVENT ACTION DISPOSED | |
| | CASE DISPOSED | |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| | DEFENDANT RE-ARRAIGNED | |
| | PRE-SENTENCE REPORT WAIVED | |
| 10-JUN-1998 | **MOTION TO DISMISS** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| 15-JUN-1998 | **TRIAL** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| 13-JUL-1998 | **SENTENCING** | GEMMA, JUDGE |
| | EVENT ACTION SENTENCED | |
| | CASE DISPOSED | |
| 18-NOV-1998 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| 15-APR-1999 | **MOTION TO MODIFY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENDANT NOT ON HABEAS | |
| | REMANDED TO THE ACI | |

# Criminal Docket Sheet Report

K2-1997-0399A

## Events

| Date | Event | Judge |
|---|---|---|
| 16-APR-1999 | **MOTION TO MODIFY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | EVENT REASON State | |
| | REMANDED TO THE ACI | |
| | DOCKET NOTE NO ACTION TAKEN. CT WOULD LIKE TO NOTIFY VICT FAM | |
| 22-APR-1999 | **MOTION TO MODIFY** | GEMMA, JUDGE |
| | EVENT ACTION DENIED | |
| | REMANDED TO THE ACI | |
| 12-JUL-2000 | **MOTION TO CLARIFY** | PFEIFFER, JUDGE |
| | GRANTED | |
| 18-OCT-2002 | **MOTION** | PFEIFFER, JUDGE |
| | ZZZ PASSED | |
| 22-MAY-2003 | **MOTION FOR TRANSCRIPT** | VOGEL, JUDGE |
| | GRANTED | |
| 04-JUN-2003 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | DENIED | |
| 23-OCT-2003 | **MOTIONS** | KEOUGH, MAGISTRATE |
| | PASSED | |
| 30-OCT-2003 | **MOTIONS** | VOGEL, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 13-NOV-2003 | **MOTION** | VOGEL, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 08-JAN-2004 | **MOTION** | VOGEL, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 29-JAN-2004 | **MOTION** | VOGEL, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 19-FEB-2004 | **DECISION** | VOGEL, JUDGE |
| | DENIED | |
| 29-MAR-2004 | **MOT PROCEED IN FORMA PAUPERIS** | PFEIFFER, JUDGE |
| | GRANTED | |
| 29-MAR-2004 | **MOTION FOR EXTENSION OF TIME** | PFEIFFER, JUDGE |
| | GRANTED | |
| 16-JUN-2004 | **STATUS CONFERENCE** | PFEIFFER, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 30-JUN-2004 | **STATUS CONFERENCE** | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 14-JUL-2004 | **STATUS CONFERENCE** | VOGEL, JUDGE |
| | COMPLETED | |

# Criminal Docket Sheet Report



## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 03-SEP-2003 | 03-FEB-2004 | PROVIDENCE COUNTY SUPERIOR COURT | sent to Stenographers-Sandra Delaney |
| Reason: TRANSFER PROV SUPERIOR COURT | | | |
| 03-FEB-2004 | 14-MAY-2004 | PROVIDENCE COUNTY SUPERIOR COURT | to law clerks dept via Carol Fargnoli |
| Reason: TRANSFER PROV SUPERIOR COURT | | | |
| 14-MAY-2004 | 21-MAY-2004 | PROVIDENCE COUNTY SUPERIOR COURT | ATTN SANDRA DELANEY |
| Reason: TRANSFER PROV SUPERIOR COURT | | | |

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 30-APR-1997 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 30-APR-1997 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: MOORE; Amount: $50000.00 |
| 30-APR-1997 | EVENT ACTION | COMPLETED |
| 30-APR-1997 | CASE INITIATION | |
| 27-MAY-1997 | DISPOSITION PROSECUTOR | Prostr: CAPALBO |
| 27-MAY-1997 | EVENT ACTION | COMPLETED |
| 27-MAY-1997 | EVENT REASON | INFORMATION SIGNED |
| 27-MAY-1997 | EVENT REASON | State |
| 23-JUL-1997 | INFORMATION FILED | Party Filing: STATE |
| 25-JUL-1997 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 25-JUL-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: RUSSELL SICARD |
| 25-JUL-1997 | RECOGNIZANCE FILED | Party Filing: DEFENSE |
| 25-JUL-1997 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: CLIFTON; Amount: $50000.00 |
| 25-JUL-1997 | DOCKET NOTE | DEF DRIVING RESTRICTIONS ITIMIZED ON CLERK NOTE |
| 25-JUL-1997 | EVENT ACTION | COMPLETED |
| 15-AUG-1997 | MOTION TO WITHDRAW | Party Filing: DEFENSE |
| 21-AUG-1997 | JUSTICE ASST FINDING REPORT | Party Filing: STATE ; Note: 2 |
| 28-AUG-1997 | DOCKET NOTE | DEFN'S ORAL MOTION |
| 28-AUG-1997 | EVENT ACTION | GRANTED |
| 28-AUG-1997 | EVENT ACTION | POSTPONED |
| 28-AUG-1997 | EVENT REASON | REFERRED TO PUBLIC DEFENDER |
| 28-AUG-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 04-SEP-1997 | EVENT ACTION | POSTPONED |
| 04-SEP-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 11-SEP-1997 | EVENT ACTION | POSTPONED |
| 11-SEP-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 15-SEP-1997 | ORDER ENTERED | Party Filing: COURT |
| 18-SEP-1997 | EVENT ACTION | POSTPONED |
| 18-SEP-1997 | EVENT ACTION | POSTPONED |

# Criminal Docket Sheet Report

K2-1997-0399A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 18-SEP-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 18-SEP-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 25-SEP-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: T AHEARNN |
| 25-SEP-1997 | EVENT ACTION | POSTPONED |
| 25-SEP-1997 | EVENT ACTION | POSTPONED |
| 25-SEP-1997 | EVENT REASON | DEFENSE NOT READY |
| 25-SEP-1997 | EVENT REASON | DEFENSE NOT READY |
| 10-OCT-1997 | EVENT ACTION | POSTPONED |
| 10-OCT-1997 | EVENT REASON | DEFENSE NOT READY |
| 17-OCT-1997 | EVENT ACTION | GRANTED |
| 17-OCT-1997 | EVENT ACTION | POSTPONED |
| 17-OCT-1997 | EVENT REASON | REPRESENTATION PROBLEM |
| 31-OCT-1997 | EVENT ACTION | POSTPONED |
| 31-OCT-1997 | EVENT ACTION | POSTPONED |
| 31-OCT-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 31-OCT-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-NOV-1997 | EVENT ACTION | COMPLETED |
| 12-DEC-1997 | EVENT ACTION | POSTPONED |
| 12-DEC-1997 | EVENT REASON | CASE PASSED FOR TRIAL |
| 07-JAN-1998 | EVENT ACTION | POSTPONED |
| 07-JAN-1998 | EVENT REASON | DEFENSE NOT READY |
| 14-JAN-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: R CRAVEN |
| 14-JAN-1998 | EVENT ACTION | POSTPONED |
| 14-JAN-1998 | EVENT REASON | REPRESENTATION PROBLEM |
| 27-JAN-1998 | REMANDED TO THE ACI | |
| 27-JAN-1998 | EVENT ACTION | POSTPONED |
| 27-JAN-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 06-FEB-1998 | EVENT ACTION | COMPLETED |
| 06-FEB-1998 | EVENT REASON | CASE PASSED FOR TRIAL |
| 06-MAR-1998 | MOTION TO WITHDRAW | Party Filing: DEFENSE |
| 11-MAR-1998 | EVENT ACTION | POSTPONED |
| 11-MAR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 17-MAR-1998 | EVENT ACTION | POSTPONED |
| 17-MAR-1998 | EVENT ACTION | POSTPONED |
| 17-MAR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 17-MAR-1998 | EVENT REASON | STATE NOT READY |
| 24-MAR-1998 | EVENT ACTION | POSTPONED |
| 24-MAR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 27-MAR-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: KEVIN SMITH AS PRO-SE |
| 27-MAR-1998 | EVENT ACTION | GRANTED |
| 30-MAR-1998 | EVENT ACTION | POSTPONED |
| 30-MAR-1998 | EVENT REASON | CASE NOT REACHED |
| 01-APR-1998 | MOTION FOR CONTINUANCE | Party Filing: DEFENSE |
| 02-APR-1998 | DOCKET NOTE | MFC-RESERVED. RECONSIDERATION OF APPT PD. |
| 02-APR-1998 | EVENT ACTION | POSTPONED |

# Criminal Docket Sheet Report

K2-1997-0399A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 02-APR-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 06-APR-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: P BURKE |
| 06-APR-1998 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 06-APR-1998 | EVENT ACTION | GRANTED |
| 06-APR-1998 | EVENT ACTION | POSTPONED |
| 06-APR-1998 | EVENT REASON | REPRESENTATION PROBLEM |
| 24-APR-1998 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 24-APR-1998 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 27-MAY-1998 | MOTION TO DISMISS | Party Filing: DEFENSE |
| 03-JUN-1998 | EVENT ACTION | POSTPONED |
| 03-JUN-1998 | EVENT ACTION | POSTPONED |
| 03-JUN-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 03-JUN-1998 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 10-JUN-1998 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 10-JUN-1998 | 48A DISMISSAL FILED | Party Filing: STATE |
| 10-JUN-1998 | PRE-SENTENCE REPORT WAIVED | |
| 10-JUN-1998 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 10-JUN-1998 | DEFENDANT RE-ARRAIGNED | |
| 10-JUN-1998 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: BURKE, PATRICK T |
| 10-JUN-1998 | DISPOSITION PROSECUTOR | Prostr: MEDICI |
| 10-JUN-1998 | CASE DISPOSED | |
| 10-JUN-1998 | EVENT ACTION | DISPOSED |
| 10-JUN-1998 | EVENT ACTION | PASSED |
| 15-JUN-1998 | EVENT ACTION | PASSED |
| 13-JUL-1998 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 13-JUL-1998 | CASE DISPOSED | |
| 13-JUL-1998 | EVENT ACTION | SENTENCED |
| 13-JUL-1998 | SENTENCE NOTE | MINIMUM SECURITY - WORK RELEASE AFTER SERVING 1/6 OF SENTENCE |
| 18-NOV-1998 | MOTION TO CORRECT SENTENCE | Party Filing: DEFENSE |
| 18-NOV-1998 | EVENT ACTION | PASSED |
| 05-APR-1999 | LETTER FILED | Party Filing: DEFENSE ; Note: REQUESTING MOTION TO MODIFY SENTENCE |
| 15-APR-1999 | REMANDED TO THE ACI | |
| 15-APR-1999 | EVENT ACTION | POSTPONED |
| 15-APR-1999 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 16-APR-1999 | REMANDED TO THE ACI | |
| 16-APR-1999 | DOCKET NOTE | NO ACTION TAKEN. CT WOULD LIKE TO NOTIFY VICT FAM |
| 16-APR-1999 | EVENT ACTION | POSTPONED |
| 16-APR-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 16-APR-1999 | EVENT REASON | State |
| 22-APR-1999 | REMANDED TO THE ACI | |
| 22-APR-1999 | LETTER FILED | Party Filing: DEFENSE ; Note: 10 |
| 22-APR-1999 | EVENT ACTION | DENIED |
| 25-AUG-1999 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFN TO CLERK'S OFFICE & ANSWERED ON 8/27/99 |
| 30-JUN-2000 | MOTION TO CLARIFY | |

**Affiliated Party:** SMITH, KEVIN J

# Criminal Docket Sheet Report

K2-1997-0399A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-JUL-2000 | GRANTED | |
| 12-JUL-2000 | ORDER ENTERED | |
| 31-JUL-2001 | ORDER ENTERED | MOTION TO REVIEW DECISION OF DEPT. CORRECTIONS IS DENIED W/OUT PREJUDICE |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 07-OCT-2002 | MOTION | FOR STATUS CONFERENCE |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 08-OCT-2002 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 08-OCT-2002 by JCARNEVALE. |
| 18-OCT-2002 | ZZZ PASSED | |
| 30-APR-2003 | MOTION FOR TRANSCRIPT | |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 06-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 06-MAY-2003 by JCARNEVALE. |
| 22-MAY-2003 | GRANTED | |
| 22-MAY-2003 | REMANDED TO THE ACI | |
| 28-MAY-2003 | MOTION TO REDUCE SENTENCE | |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 29-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 29-MAY-2003 by JCARNEVALE. |
| 04-JUN-2003 | DENIED | |
| 04-JUN-2003 | REMANDED TO THE ACI | |
| 06-JUN-2003 | LETTER FILED | from def to Judge |
| 12-JUN-2003 | LETTER FILED | from def, re: transcripts |
| 10-JUL-2003 | AFFIDAVIT FILED | in support of mtn for free transcripts |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 10-JUL-2003 | MOTION | for indigent transcript |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 04-AUG-2003 | LETTER FILED | |
| 18-AUG-2003 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 16-OCT-2003 | MOTION TO ASSIGN | |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 16-OCT-2003 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 16-OCT-2003 | MOTION FOR TRANSCRIPT | |
| | **Affiliated Party:** SMITH, KEVIN J | |
| 23-OCT-2003 | PASSED | |
| 23-OCT-2003 | REMANDED TO THE ACI | |
| 24-OCT-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 24-OCT-2003 by JCARNEVALE. |
| 30-OCT-2003 | PENDING FURTHER INVESTIGATION | |
| 30-OCT-2003 | CASE TRANSFERRED KENT CTY | |
| 31-OCT-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 31-OCT-2003 by JCARNEVALE. |
| 03-NOV-2003 | CASE REC'D FROM PROVIDENCE CTY | |

# Criminal Docket Sheet Report

K2-1997-0399A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 13-NOV-2003 | PENDING FURTHER INVESTIGATION | |
| 02-DEC-2003 | AFFIDAVIT FILED<br>**Affiliated Party:** SMITH, KEVIN J | |
| 02-DEC-2003 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** SMITH, KEVIN J | |
| 02-DEC-2003 | ORDER FOR TRANSCRIPT<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 05-DEC-2003 | LETTER FILED<br>**Affiliated Party:** SMITH, KEVIN J | |
| 06-JAN-2004 | RESPONSE<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 08-JAN-2004 | PENDING FURTHER INVESTIGATION | |
| 14-JAN-2004 | MOTION | |
| 26-JAN-2004 | RESPONSE<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 29-JAN-2004 | PENDING FURTHER INVESTIGATION | |
| 03-FEB-2004 | CASE TRANSFERRED PROV CTY | transferred to law clerk dept via Carol Fargnoli |
| 09-FEB-2004 | RESPONSE<br>**Affiliated Party:** SMITH, KEVIN J | |
| 17-FEB-2004 | OTHER DOCUMENT | case returned from law clerks to Dave Perry |
| 19-FEB-2004 | DENIED | |
| 29-MAR-2004 | GRANTED | |
| 29-MAR-2004 | GRANTED | |
| 16-JUN-2004 | PENDING FURTHER INVESTIGATION | |
| 30-JUN-2004 | PENDING FURTHER INVESTIGATION | |
| 12-JUL-2004 | DATE DELETED | |
| 12-JUL-2004 | LETTER FILED | |
| 14-JUL-2004 | COMPLETED | |
| 16-NOV-2005 | FILE TRANSFERRED RECORD CENTER | 2 folders |
| 25-NOV-2005 | OBJECTION FILED<br>**Affiliated Party:** SMITH, KEVIN J | |
| 05-DEC-2005 | RESPONSE<br>**Affiliated Party:** SMITH, KEVIN J | |
| 05-DEC-2005 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** SMITH, KEVIN J | |
| 05-DEC-2005 | MOTION TO ASSIGN<br>**Affiliated Party:** SMITH, KEVIN J | |
| 05-DEC-2005 | MOTION<br>**Affiliated Party:** SMITH, KEVIN J | to access funds |
| 08-DEC-2005 | LETTER FILED | |