COPY OF SUPREME COURT DOCKET SHEET
#04-367 C.A.

EXHIBIT # 3

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPREME COURT

DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: STATE OF R.I. VS KEVIN J. SMITH

Case ID No: SU-04-0367

Appeal Date: 06-DEC-2004

Appeal Type: CRIMINAL APPEAL

Current Status: SHOW CAUSE HEARING

Next Scheduled:

Event Type:

Lower Court No: KSR-KM-03-0971

Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| STATE OF R.I. | PLTF | WEISMAN, AARON | AOR |
| SMITH, KEVIN | DEFT | SE, PRO | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 10-MAR-2004 | MOTION EXTENSION OF TIME | |
| 10-MAR-2004 | GRANTED | 20050418 |
| 16-DEC-2004 | APPEAL DATE | 20041206 |
| 16-DEC-2004 | PAPERS AND TRANSCRIPT FILED. | COPIES SENT TO DEFT. |
| 16-DEC-2004 | RULE 12 PRE BRIEF NOTICE SENT | |
| 16-DEC-2004 | APPEALED BY FILING PARTY<br>Affiliated Party: SMITH, KEVIN J. | DEF 20031030 3 1716 20041206 |
| 16-DEC-2004 | TRANSCRIPT REQUIRED | |
| 16-DEC-2004 | TRANSCRIPT(S) ORDERED | 20041216 15 UKN |
| 21-JAN-2005 | MOTION EXTENSION OF TIME | |
| 21-JAN-2005 | GRANTED | 20050218 |
| 03-FEB-2005 | APPELLANT PRE BRIEF FILED | COPIES FAXED IN TO LEGAL OFFICE. |
| 18-FEB-2005 | MOTION EXTENSION OF TIME | |
| 18-FEB-2005 | GRANTED | 20050218 |
| 01-APR-2005 | ENTRY OF APPEARANCE | |
| 01-APR-2005 | PLTF APPELLEE PRE BRIEF FILED | |
| 25-JUL-2005 | CASE OUT IN PART OR WHOLE | |
| 29-JUL-2005 | MOTION | MOTION TO ACCESS FUNDS. |
| 04-AUG-2005 | CASE OUT IN PART OR WHOLE | |
| 09-SEP-2005 | DEFEND. MOTION TO STAY FILED. | |
| 08-OCT-2005 | LETTER FILED<br>Affiliated Party: STATE OF R.I. | no objection to plaintiff's motion to stay |
| 03-NOV-2005 | ORD ENT REMANDING CASE | FLAHERTY J. PAPERS TO BE RETURNED TO SUPREME CT AFTER ENTRY OF FINAL JUDGMENT. |
| 03-NOV-2005 | BOTH PARTIES SHOW CAUSE | |
| 03-NOV-2005 | PAPERS REMANDED | |
| | SUPPLEMENTAL MEMORANDUM FILED | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS KEVIN J. SMITH

Case ID No: SU-04-0367

DOCKET INFORMATION

21-NOV-2005
20-DEC-2005 ORDER, MOTION FOR STAY
20-DEC-2005 DENIED
22-DEC-2005 LETTER FILED ENCLOSED COPY OF J. VOGEL'S ORDER
Affiliated Party: SMITH, KEVIN J.