UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN J. SMITH

v. C.A. 06-553 ML

ASHBEL T. WALL

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to the Report and Recommendation issued by Senior United States Magistrate Judge Hagopian on July 13, 2007. This Court has conducted an independent review of the Report and Recommendation, Plaintiff's Objection, and the record. Having done so, this Court finds that Plaintiff's objection are without merit. The petition is therefore DISMISSED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 30 , 2007