# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**KEVIN J. SMITH**

**VS.** **C.A. NO. 06-553ML**

**ASHBEL T. WALL**
**STATE OF RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Ashbel T. Wall and State of Rhode Island, against the plaintiff, Kevin J. Smith, pursuant to the Memorandum and Order dated July 30, 2007accepting the Report and Recommendation of Magistrate Judge Hagopian dated July 13, 2007 DISMISSING plaintiff's complaint.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 30, 2007