**FIRST FEDERAL CIRCUIT COURT OF APPEALS**

**KEVIN J. SMITH, PRO-SE**

**V.** **Docket # 06-553ML**

**ASHBEL T. WALL II, Director,**
**PATRICK LYNCH, Attorney General,**
**Et Al.**

**AFFIDAVIT**
**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

**IN ACCORDANCE WITH,** Rule #24, Rules of Appellate Procedure, the Petitioner, Prays for the granting of leave to proceed in forma pauperis.

The Petitioner, Kevin J. Smith, Pro-se, attaches an Affidavit of Indigency, in accordance with the Rules.

The First Federal District Court, having heard this motion before, denied the relief sought in this matter. The Petitioner avers that, he is without the funds to prosecute this matter, and any funds encumbered by the Dept. of Corrections, cannot be accessed by the Petitioner, even though access is allowed under R.I.G.L. §42-56-22(b).

The Petitioner avers that his only income is $62.00, (sixty two) dollars net, and $46.00, (forty six) dollars gross, per month, from work for the Dept. of Corrections. The funds accrued from work are used for hygenic purposes and for creature comforts of prison life.

If the court denies this motion, then the Petitioner Prays that this court will allow a payment plan, in accordance with 28 U.S.C.§1915, (b),(1), and allow this matter to continue.

**WHEREFORE,** the Petitioner, Kevin J. Smith, pro-se, Prays for the granting Of leave to proceed in forma pauperis, or with a suitable payment plan so that this habeas corpus action can continue to it's conclusion.

Submitted By: [signature]

Kevin. J. Smith, Pro-se
P.O. Box 20983 A-36
Cranston, R.I. 02920

The above signed appeared before me and I witness his signature affixed to this affidavit.

Signed and Sworn before me this 8th day of August, 2007.

[signature]
Notary Public

My commission Expires on the 25th day of may , 2011.