UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

August 9, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

CA 06-553ML CCA# ________________
Kevin J. Smith v. State of Rhode Island, et al.

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of Mr. Smith's Notice of Appeal and certified copies of related documents. Please note that Mr. Smith has not yet filed a formal Motion for Certificate of Appealability in the district court.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Encl.: certified copies of documents relevant to the instant Notice of Appeal (Doc. Nos. 1 and 23 through 28); certified docket.**