**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEVIN SMITH**

**v.** **C.A. No. 06 - 553 ML**

**A.T. WALL, et al.**

**MEMORANDUM AND ORDER**

Petitioner KEVIN J. SMITH, *pro se*, a prisoner confined at the Rhode Island Department of Corrections, has filed a Notice of Appeal together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the notice of appeal on August 9, 2007. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that the petitioner shall submit, within twenty days of the date of this order:

1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **from February 8, 2007 to August 8, 2007. Said copy must show the credit to, and the monthly balances therein.**

Failure to comply with this order may result in a dismissal of this appeal.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 8/27/07