# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

KEVIN J. SMITH

v.

Ashbel T. WALL II DIRECTOR
PATRICK LYNCH, ATTY. GENERAL

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, KEVIN J. SMITH, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes (X) No ( )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

R.I. DEPT. OF CORRECTIONS
40 HOWARD AVE. CRNS, R.I. 02920
NET $46.00 PER MONTH

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

________________________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (X)

b. Rent payments, interest or dividends? Yes ( ) No (X)

c. Pensions, annuities or life insurance payments? Yes ( ) No (X)

d. Gifts or inheritances? Yes ( ) No (X)

e. Any other sources? Yes (X) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

GIFT FROM MOTHER $10.00 TO $15.00 PER MONTH

3. Do you own any cash, or do you have money in a checking or savings account?

Yes ( ) No (X) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on 20th August 2007
(Date)

Ron A Smith
(Signature)