THE FIRST FEDERAL DISTRICT COURT OF RHODE ISLAND

KEVIN J. SMITH, PRO-SE

V. DOCKET #07-2235

ASHBEL T. WALL II,
STATE OF RHODE ISLAND

REQUEST FOR CERTIFICATE OF APPEALABILITY

NOW COMES THE PETITIONER, Kevin J. Smith, Pro-se, and he Prays that this District Court for the State of Rhode Island, will in the interest of Justice, issue a Certificate of Appealability in association with Case #06-553ML/07-2235, which has already been docketed with the First Circuit Court of Appeals. The issuance of this Certificate is necessary for the Petitioner to prosecute his case with regards to Habeas Corpus.

As presented in his Appeal of Denial of Habeas Corpus Under 28 § 2253 the petitioner presented the District Court with the issues raised with this habeas corpus action. Within this motion, the petitioner will further raise the issues that require the court's attention, and adjudication by the Federal Courts. In the above cited Appeal of Denial of Habeas Corpus, said petitioner Prayed for a Certificate of Appealability, and this motion succeeds that request.

For the issues set forth below, the Petitioner Prays for the expedient issuance of this Certificate, so that said petitioner may prosecute these issues in the First Circuit Court of Appeals.

1. That there was a Violation of the Petitioner's protected Constitutional Rights under the 5th, 6th, and 14th Amendments with regards to Due Process.

2. That a Liberty Interest was created when the Justice Presiding imposed a illegal/unauthorized sentence.

3. That the defect in the sentence is upon the face of the record.

4. That the sentence imposed was illegal.

5. That the sentence imposed was unauthorized by law.

6. That there was a loss of jurisdiction by the Justice Presiding.

7. That the sentence was not in accordance with statutory provisions.

8. That the judgment in this case was void.

9. That the sentence imposed was void.

10. That the waiver of the petitioner's rights was meaningless.

11. That the promise of a sentence after the service of imprisonment was "illusory".

12. That the sentence was in violation of statutory authority.

13. That the Final Judgment was entered in error, and has no efficacy, or effect.

14. That the plea agreement was an "illegal transaction".

15. That the sentence under R.I.G.L. 1956, §12-19-2, was the inducement to plead for the petitioner.

16. That Habeas Corpus attaches due to the violation of Constitutional Rights.

17. That there was a violation of another statute with the imposition of the sentence.

18. That the prosecutor, public defender, of the court, did not possess the authority to offer the sentence, in contravention of the law.

19. That there could not be "specific performance" this illegal/un-authorized sentence.

WHEREFORE, the petitioner, Kevin J. Smith, Pro-se. Prays the this District Court for the State of Rhode Island, will issue a Certificate of Appealability forthwith, so that the petitioner may comply with the First Circuit Court of Appeals Order of 14th September 2007.

Submitted By:

Kevin J. Smith, Pro-se
P.O. Box 20983 A-36
Cranston, Rhode Island 02920

I hereby certify that on the 18th day of September, 2007, I caused a true copy of this document to be sent through the Inmate mailing system of the R.I. Dept. of Cotrrections to Mr. Aaron Weisman, Esq. 150 South Main Street, Providence Rhode Island 02903.

Kevin J. Smith, Pro-se