UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN J. SMITH

v. CA 06-553 ML

ASHBEL T. WALL II,
STATE OF RHODE ISLAND

ORDER

Petitioner has moved for a certificate of appealability. The motion is denied because petitioner has failed to show that the issues he seeks to raise before the court of appeals are debatable among reasonable jurists.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
September 25, 2007