UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 25, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 06-553ML **CCA# 07-2235**
Kevin J. Smith v. A.T. Wall, et al.

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ___
John Duhamel
Deputy Clerk

encl:
**Doc# 34: M/Certificate of Appealability**
**Doc# 35: Order denying M/Certificate of Appealability**
**Certified docket**