MANDATE

DC/R-I
DiMARZIO
Judge Lisi
DC#: 06-00553

# United States Court of Appeals
## For the First Circuit

No. 07-2235

KEVIN J. SMITH,

Petitioner, Appellant,

v.

ASHBEL T. WALL, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: May 1, 2008

Pro se petitioner Kevin Smith seeks a certificate of appealability (COA) to appeal from the district court's dismissal of his habeas petition as untimely under 28 U.S.C. § 2244(d)(1). We deny a COA because Smith has not shown that jurists of reason could debate "whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) (confirming that the failure to make such a showing justifies the denial of a COA application).

The district court concluded that Smith had filed his habeas petition long after the limitations period had expired. In pertinent part, Smith argues that his conviction became final and the limitations period began to run only at the end of his state post-conviction proceedings. As a matter of law, however, he is wrong. See § 2244(d)(1)(A) (using the conclusion of the "direct review" process as the appropriate time point for starting the limitations period). He also asserts that he did not discover key facts until after his judgment of conviction and sentence had become final, but he fails to develop an argument that casts any doubt on the validity of the district court's ruling.

**The application for a certificate of appealability is denied and the appeal is terminated.**

By the Court:

/s/ Richard Cushing Donovan, Clerk.

...FIED COPY
...THIS DOCUMENT
...CORRECT COPY OF
...ON FILE IN MY OFFICE
...LEGAL CUSTODY.

...CIRCUIT COURT OF APPEALS
BOSTON, MA

Date: 6/9/08

[cc: Kevin Smith, Aaron Weisman]